Tomoss Skzypek, as Administrator, etc., of Mary Skzypek, Deceased, Appellant, v. Long Island Railroad Company, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Young, Hagarty, Carswell and Davis, JJ.; Lazansky, P. J., not voting.

Ernest J. Thorill, Respondent, v. Rollin Hills, Appellant.— In view of the decision of the appeal herein (post, p. 543), decided herewith, the motion for a stay is dismissed. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

Benfil Holding Co., Inc., Respondent, v. Korel Realty Company and Others, Defendants, and East New York Savings Bank, Appellant; Philip Taishoff, Receiver, Respondent.— Order settling the account of the receiver appointed by the court on the foreclosure of a second mortgage and directing the payment of the funds in his hands and discharging him and the surety on his bond. The motion was opposed by the owner of the first mortgage who had not commenced its action of foreclosure and extended the receivership during the period involved in this controversy. It claims title to the funds in the receiver's hands and asks that his commissions be disallowed and the allowance to the attorney be diminished on the theory that it had entered into an agreement with the receiver, acquiesced in by the attorney for the plaintiff, that interest on its mortgage should be first paid. If the receiver made such an agreement it was unauthorized, for there was no direction by the court appointing him, for such disposition of the rents collected. There was no definite assent or acquiescence or ratification by the plaintiff of any such agreement alleged to have been made after the receiver had been appointed. Order settling the account of the receiver and discharging him affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ., concur.

John W. Berry, Appellant, v. John V. Cain and Another, as Justices of the Fifth District, Municipal Court, Borough of Brooklyn, City of New York, and Others, Respondents.— Action to restrain the defendants from dismissing the plaintiff from his position as a Municipal Court clerk, he having been appointed from an exempt class two and a half months after the civil service commission had duly made a reclassification, by taking the position out of the exempt class and placing it in the competitive class. Order in so far as it denies plaintiff's motion for an injunction pendente lite affirmed, with ten dollars costs and disbursements. (Matter of Friedman v. Finegan, 268 N. Y. 93.) Hagarty, Scudder, Tompkins, Davis and Johnston, JJ., concur.

Lillian M. Blumenthal and Another, Appellants, v. Kenneth Kruger, an Infant, by Carl Kruger, His Guardian ad Litem, Respondent. Diana Blumenthal, by Joseph Blumenthal, Her Guardian ad Litem, Appellant, v. Kenneth Kruger, an Infant, by Carl Kruger, His Guardian ad Litem, Respondent.— Three actions, tried together, to recover damages for personal injuries growing out of a collision between automobiles on highway 17, near Middletown in Orange county. Verdicts for the defendants. Judgments in favor of the defendant unanimously affirmed, with costs. No opinion. Present — Carswell, Scudder, Tompkins, Davis and Johnston, JJ.